UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WADE M. BOYD,<br><br>Defendant. | Case No. 3:16-xr-91020-LB-1<br><br>**PRETRIAL ORDER FOR A BENCH TRIAL** |

The court sets the trial for **November 14, 2016** at **9:30 a.m.** The court will hold a short pretrial conference first, and then the trial will begin. The court anticipates that the trial will take no more than one hour.

The court orders the following:

1. Both sides will comply with the Federal Rules of Criminal Procedure and Northern District of California's Local Rules. The United States will comply with all of its discovery obligations.

2. 7 **days before trial**, the parties must exchange exhibits, exhibit lists, and witness lists.

3. **7 days before trial**, the parties must file pretrial conference statements that comply with Criminal Local Rule 17.1-1(b), and that include the following attachments (separated by tabs): 1) witness lists; 2) exhibit lists that comply with the court's form (attached) and that include a description and the name of the sponsoring witness; 3) copies of all exhibits to be introduced at trial (may be in a separate volume if necessary); 4) any stipulations; 5) any demonstrative exhibits

or summaries to be used at trial; and 6) a copy of the formal charging document (generally, the petty-offense citation). The trial memo must describe the charge, the elements, the penalties, any likely controverted points of law, the evidence to be introduced at trial, and any objections to the other party's evidence. The memo must contain an update on the status of the tickets, including whether proof of responsibility had been given to the government, and whether that affects the forfeiture. The government must lodge the portions of the bail schedule that support the collateral amount, and it must lodge a copy of the dismissed ticket and any incident reports. The exhibits must be pre-marked and should be joint to the extent possible; otherwise, the government must number its exhibits, and the defendant must use letters. All documents must be three-hole punched and in a binder if possible.

4. The parties must bring a single, joint set of exhibits in one binder to trial.

5. The government must serve this order on the defendant.

**IT IS SO ORDERED.**

Dated: November 3, 2016

_____
LAUREL BEELER
United States Magistrate Judge

**ATTACHMENT EXHIBIT TAG:**

The exhibit tag shall be in the following form:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PLAINTIFF EXHIBIT NO._____**

Case No. _____

Date Admitted:_____

By_____
　　　　Deputy Clerk


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT EXHIBIT NO._____**

Case No. _____

Date Admitted _____

By_____
　　　　Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>     v.<br><br>WADE M. BOYD,<br><br>              Defendant. | Case No.  3:16-xr-91020-LB-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wade M. Boyd
267 Allison Street
San Francisco, CA 94112

**\*\*\*THE AUSA WILL IMMEDIATELY INFORM MR. BOYD OF THE TRIAL DATE.\*\***

Dated: November 3, 2016

Susan Y. Soong
Clerk, United States District Court

By: *K. Scott*

Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

4